UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK

| | |
|---|---|
| ALLSTATE INSURANCE COMPANY, ET AL.,<br><br>                                             **Plaintiffs,**<br><br>     -against-<br><br>BARAEV, ET AL.,<br><br>                                             **Defendants.** | 24-CV-1823<br>(AMD)(JAM)<br><br>NOTICE OF VOLUNTARY DISMISSAL PURSUANT TO F.R.C.P. 41(A)(1)(A)(I) |

Pursuant to Rule 41(a)(1)(A)(i) of the Federal Rules of Civil Procedure, Plaintiffs Allstate Insurance Company, Allstate Fire and Casualty Insurance Company, and Allstate Property and Casualty Insurance Company (collectively "Plaintiffs"), and their counsel, hereby give notice that the above-captioned action is voluntarily dismissed without prejudice against Defendants John Does 1 through 5 and ABC Corporations 1 through 5 ("Defendants").

Dated: September 19, 2024
       New York, New York

                                          **MANNING & KASS, ELLROD,**
                                             **RAMIREZ, TRESTER LLP**

                                      By: __/s/ Lee Pinzow_____
                                               Robert A. Stern, Esq.
                                               James A. McKenney, Esq.
                                               Lee Pinzow, Esq.
                                               *Counsel for Plaintiffs*
                                               100 Wall Street Suite 700
                                               New York, New York10005
                                               Tel:  (212) 858-7769
                                               Fax:  (212) 858-7543